

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00632-CV

Katherine **ARREDONDO** and DTND Sierra Investments, LLC,
Appellants

v.

Wade **RINER**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 376371
Honorable Irene Rios, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice

Delivered and Filed:  January 9, 2013

DISMISSED FOR WANT OF PROSECUTION

Appellants' brief, which was due on November 19, 2012, has not been filed.  On December 4, 2012, this court ordered appellants to show cause in writing by December 19, 2012, why this appeal should not be dismissed for want of prosecution.  Appellants did not respond. The appeal is dismissed for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).  Costs of appeal are taxed against appellants.

PER CURIAM